JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA LIZETT CASTELLANO,<br><br>                        Petitioner,<br><br>          v.<br><br>KATHLEEN ALLISON, Secretary,<br><br>                        Respondent. | Case No. 2:22-cv-01914-SPG-JC<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Dated: December 19, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-